# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In    Debtor(s)
Re:  **Pheadra Latoya Roberts**
      442 Tower Place
      Lawrenceville, GA 30046

      **xxx–xx–9915**

Case No.: **18–70946–sms**
Chapter: **7**
Judge: **Sage M. Sigler**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Kathleen Steil

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____

Sage M. Sigler
United States Bankruptcy Judge

Dated: January 23, 2020
Form 184

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                        Case No. 18-70946-sms
Pheadra Latoya Roberts                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: jacksong          Page 1 of 2          Date Rcvd: Jan 23, 2020
                             Form ID: 184             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db            +Pheadra Latoya Roberts,    442 Tower Place,   Lawrenceville, GA 30046-5999
22595800      +Apex Healthcare,    545 Old Norcross Rd,    Suite 300,   Lawrenceville, GA 30046-3390
22017457      +Bank Of America,    4909 Savarese Circle,    FL1-908-01-50,   Tampa, FL 33634-2413
22115229      +Bank of America, N.A.,     P O Box 982284,   El Paso, TX 79998-2284
22082466       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
22139664      +Collins Asset Group LLC.,     Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
22550104      +Fortiva,    PO Box 105555,   Atlanta, GA 30348-5555
22017461      +I C System Inc,    Attn: Bankruptcy,   PO Box 64378,   St Paul, MN 55164-0378
22550107      +LCA Laboratory Corp of America,     PO Box 2240,   Burlington, NC 27216-2240
22595799      +Med Cross Imaging, LLC,    245 Village Center Pkwy,    Stockbridge, GA 30281-9096
22017465      +Midland Funding, LLC,    c/o Cooling & Winter,    1090 Northchase Pkwy SE, Ste 300,
               Marietta GA 30067-6402
22595798      +Optimum Care Physical Therapy,     1950 Riverside Pkwy,   Suite #101,
               Lawrenceville, GA 30043-5918
22595797      +Ortho Sport and Spine,    5788 Roswell Rd NE,    Atlanta, GA 30328-4904
22017468      +Sunrise Self Storage,    478 Sunrise Dr,   Dothan AL 36305-7087
22595796      +The Rawlings Company,    PO Box 2000,   La Grange, KY 40031-2000
22060356      +U.S. Department of Education CO Nelnet,     121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22148846       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 22:11:13
               Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
22550106      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 22:10:58       Credit One Bank,
               6801 S Cimarron Rd,    Las Vegas, NV 89113-2273
22017458      +E-mail/Text: electronicbkydocs@nelnet.net Jan 23 2020 22:02:54       Dept of Ed / 582 / Nelnet,
               Attn: Claims,   PO Box 82505,    Lincoln, NE 68501-2505
22028465       E-mail/Text: mrdiscen@discover.com Jan 23 2020 22:01:26       Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
22017459      +E-mail/Text: mrdiscen@discover.com Jan 23 2020 22:01:26       Discover Financial,   PO Box 3025,
               New Albany, OH 43054-3025
22032251      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 22:14:04
               Emory Eastside Medical Center,    Resurgent Capital Services,   PO Box 1927,
               Greenville, SC 29602-1927
22017460      +E-mail/Text: bankruptcy@flexshopper.com Jan 23 2020 22:04:27       Flexshopper,
               2700 N Military Trail, Ste 200,    Boca Raton FL 33431-6394
22017462      +E-mail/Text: bncnotices@becket-lee.com Jan 23 2020 22:01:33       Kohls/Capital One,
               Kohls Credit,   PO Box 3120,    Milwaukee, WI 53201-3120
22095486       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 22:12:37       LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
22017463      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 22:11:11
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   PO Box 10497,
               Greenville, SC 29603-0497
22017464      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2020 22:02:50       Midland Funding,
               2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
22550105      +E-mail/Text: electronicbkydocs@nelnet.net Jan 23 2020 22:02:54       NELNET,   Attn: Claims,
               PO Box 82561,   Attn: Claims,    Lincoln, NE 68501-2561
22017466      +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 22:12:34       Navient,   Attn: Bankruptcy,
               PO Box 9000,   Wiles-Barr, PA 18773-9000
22139827       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 22:10:57
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
22020870       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 22:10:57
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
22017467      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 22:24:45
               Portfolio Recovery,    PO Box 41021,   Norfolk, VA 23541-1021
22145927      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 22:03:05       SYNCHRONY BANK,
               C/O Weinstein & Riley, P.S.,    2001 Western Ave., STE 400,   Seattle, WA 98121-3132
22550108      +E-mail/Text: ebn_bkrt_forms@salliemae.com Jan 23 2020 22:03:36       Sallie Mae,   PO Box 3229,
               Wilmington, DE 19804-0229
22281610      +E-mail/Text: ebn_bkrt_forms@salliemae.com Jan 23 2020 22:03:36       Sallie Mae,   P.O Box 3319,
               Wilmington, DE 19804-4319
22035355       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 22:25:00       T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
22031956      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 22:25:00       T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City OK 73118-7901
22133669      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 22:14:19       Verizon,
               by American InfoSource as agent,    4515 N Santa Ave,   Oklahoma City, OK 73118-7901
22017469      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 22:01:06
               Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
22017470      +E-mail/Text: vci.bkcy@vwcredit.com Jan 23 2020 22:03:05       Volkswagen Credit, Inc,
               Attn: Bankruptcy,   PO Box 3,   Hillboro, OR 97123-0003

```
District/off: 113E-9          User: jacksong          Page 2 of 2          Date Rcvd: Jan 23, 2020
                             Form ID: 184             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

                                                                               TOTAL: 24

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22022207*      +FlexShopper, LLC,   2700 N MILITARY TRAIL,   SUITE 200,   BOCA RATON, FL 33431-6394
                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
          Karen  King    on behalf of Debtor Pheadra Latoya Roberts
           myecfkingnking@gmail.com;Ecfmail R62760@notify.bestcase.com
          Kathleen  Steil    ks@orratl.com,  GA66@ecfcbis.com;jc@orratl.com
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
          Patti H. Bass    on behalf of Creditor    Collins Asset Group, LLC ecf@bass-associates.com
                                                             TOTAL: 4
```